B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Di Raimondo, Louie** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Louis Di Raimondo** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2668** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**2410 N. Shore Terrace**<br>**Miami Beach, FL**      ZIP Code **33141** | Street Address of Joint Debtor (No. and Street, City, and State):      ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Miami-Dade** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):    ZIP Code | Mailing Address of Joint Debtor (if different from street address):    ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Di Raimondo, Louie** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**Louis DiRaimondo World Wide Investments & Export Corp** | Case Number:<br>**10-43886** | Date Filed:<br>**11/02/10** |
| District:<br>**SDFL** | Relationship:<br>**Wholly owned** | Judge:<br>**Isicoff** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X**  **/s/ Geoffrey S Aaronson**                    **November  1, 2010**<br>Signature of Attorney for Debtor(s)                          (Date)<br>   **Geoffrey S Aaronson 349623** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**B1 (Official Form 1)(4/10)** | **Page 3**

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Di Raimondo, Louie**

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Louie Di Raimondo**

Signature of Debtor **Louie Di Raimondo**

X _____

Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**November  1, 2010**
Date

### Signature of Attorney*

X **/s/ Geoffrey S Aaronson**

Signature of Attorney for Debtor(s)

**Geoffrey S Aaronson 349623**
Printed Name of Attorney for Debtor(s)

**Geoffrey S Aaronson P.A.**
Firm Name

**Miami Tower**
**100 SE 2nd Street, 27th Floor**
**Miami, FL 33131**

_____
Address

Email: gaaronson@aaronsonpa.com
**786.594.3000  Fax: 305.675.3880**
Telephone Number

**November  1, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Louie Di Raimondo**                       Case No. _____

                                         Debtor(s)               Chapter    **11** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Louie Di Raimondo**
                        **Louie Di Raimondo**

Date:    **November  1, 2010**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Louie Di Raimondo**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Chase Home Finance LLC**<br>**9200 Oakdale Ave., 4th Floor**<br>**Chatsworth, CA 91311** | **Chase Home Finance LLC**<br>**9200 Oakdale Ave., 4th Floor**<br>**Chatsworth, CA 91311** | **2410 North Shore Terrace, Miami Beach, FL 33141** | | **1,707,000.00**<br><br>**(900,000.00 secured)** |
| **Regions Bank**<br>**Commercial Loan Processing Center**<br>**PO Box 11407**<br>**Birmingham, AL 35246-0054** | **Regions Bank**<br>**Commercial Loan Processing Center**<br>**PO Box 11407**<br>**Birmingham, AL 35246-0054** | **Guarantor of Mortgage on 2711 NE 2nd Avenue, Miami, FL** | **Contingent** | **505,518.77** |
| **Wells Fargo**<br>**PO Box 6426**<br>**Carol Stream, IL 60197-6426** | **Wells Fargo**<br>**PO Box 6426**<br>**Carol Stream, IL 60197-6426** | **Guarantor** | **Contingent** | **301,401.94** |
| **Regions Bank**<br>**PO Box 5014**<br>**Montgomery, AL 36103-5014** | **Regions Bank**<br>**PO Box 5014**<br>**Montgomery, AL 36103-5014** | **Guarantor of mortgage on 5411 NW 3rd Avenue, Miami, FL and 297 NW 54th Street, Miami, FL** | **Contingent** | **243,820.91** |
| **Chase**<br>**PO Box 9001022**<br>**Louisville, KY 40290-1022** | **Chase**<br>**PO Box 9001022**<br>**Louisville, KY 40290-1022** | **Guarantor** | **Contingent** | **206,727.47** |
| **Regions Bank**<br>**Palm Bch-Lakes**<br>**PO Box 1984**<br>**Birmingham, AL 35201** | **Regions Bank**<br>**Palm Bch-Lakes**<br>**PO Box 1984**<br>**Birmingham, AL 35201** | **Guarantor** | **Contingent** | **200,879.78** |
| **Wachovia Bank**<br>**PO Box 740502**<br>**Atlanta, GA 30374-0502** | **Wachovia Bank**<br>**PO Box 740502**<br>**Atlanta, GA 30374-0502** | **Guarantor of First Mortgage on 292 NW 54 Street, Miami, FL 33127** | **Contingent** | **199,947.01** |
| **Wells Fargo Express Equity**<br>**Payment Remittance Center**<br>**PO Box 6426**<br>**Carol Stream, IL 60197-6426** | **Wells Fargo Express Equity**<br>**Payment Remittance Center**<br>**PO Box 6426**<br>**Carol Stream, IL 60197-6426** | **292 NW 54 Street, Miami, FL 33129** | | **302,923.50**<br>**(150,000.00 secured)**<br>**(43,089.92 senior lien)** |

**B4 (Official Form 4) (12/07) - Cont.**

In re    __Louie Di Raimondo_____          Case No.    _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Chase**<br>**Attn. Home Equity Loan Servicing**<br>**PO Box 24714**<br>**Columbus, OH 43224** | **Chase**<br>**Attn. Home Equity Loan Servicing**<br>**PO Box 24714**<br>**Columbus, OH 43224** | **2410 North Shore Terrace, Miami Beach, FL 33141** | | **115,862.85**<br>**(900,000.00 secured)**<br>**(1,707,000.00 senior lien)** |
| **Bank of America**<br>**NC1-001-07-06**<br>**101 N. Tryon St.**<br>**Charlotte, NC 28255-0001** | **Bank of America**<br>**NC1-001-07-06**<br>**101 N. Tryon St.**<br>**Charlotte, NC 28255-0001** | **Guarantor** | **Contingent** | **100,947.16** |
| **Regions**<br>**PO Box 11007**<br>**Birmingham, AL 35288** | **Regions**<br>**PO Box 11007**<br>**Birmingham, AL 35288** | **Loan** | | **95,947.04** |
| **AMEX**<br>**PO Box 360002**<br>**Fort Lauderdale, FL 33336** | **AMEX**<br>**PO Box 360002**<br>**Fort Lauderdale, FL 33336** | **Guarantor** | **Contingent** | **76,338.05** |
| **Suntrust Bank**<br>**PO Box 79079**<br>**Baltimore, MD 21279-0079** | **Suntrust Bank**<br>**PO Box 79079**<br>**Baltimore, MD 21279-0079** | **Guarantor** | **Contingent** | **74,742.36** |
| **Regions**<br>**Consumer Loan Processing**<br>**PO Box 2224**<br>**Birmingham, AL 35246-0026** | **Regions**<br>**Consumer Loan Processing**<br>**PO Box 2224**<br>**Birmingham, AL 35246-0026** | **28 Foot Sea Ray Boat** | **Contingent** | **93,360.00**<br><br>**(20,000.00 secured)** |
| **Wells Fargo**<br>**PO Box 6426**<br>**Carol Stream, IL 60197-6426** | **Wells Fargo**<br>**PO Box 6426**<br>**Carol Stream, IL 60197-6426** | **Guarantor** | **Contingent** | **48,038.53** |
| **AMEX**<br>**PO Box 360001**<br>**Fort Lauderdale, FL 33336** | **AMEX**<br>**PO Box 360001**<br>**Fort Lauderdale, FL 33336** | **Guarantor** | **Contingent** | **41,480.86** |
| **Bank of America**<br>**c/o Bonded Collection Corp.**<br>**PO Box 1022**<br>**Wixom, MI 48393-1022** | **Bank of America**<br>**c/o Bonded Collection Corp.**<br>**PO Box 1022**<br>**Wixom, MI 48393-1022** | **Guarantor** | **Contingent** | **41,080.81** |
| **Bank of America**<br>**PO Box 851001**<br>**Dallas, TX 75285-1001** | **Bank of America**<br>**PO Box 851001**<br>**Dallas, TX 75285-1001** | **Guarantor** | **Contingent** | **41,080.81** |
| **Bank of America**<br>**P.O. Box 15019**<br>**Wilmington, DE 19886-5548** | **Bank of America**<br>**P.O. Box 15019**<br>**Wilmington, DE 19886-5548** | **Guarantor** | **Contingent** | **27,226.12** |
| **Mercedes Benz Financial**<br>**P).O. Box 9001680**<br>**Louisville, KY 40290-1680** | **Mercedes Benz Financial**<br>**P).O. Box 9001680**<br>**Louisville, KY 40290-1680** | **Lease surrender; deficiency claim** | **Disputed** | **27,010.06** |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Louie Di Raimondo**                                              Case No. _____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, **Louie Di Raimondo**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **November  1, 2010**                    Signature  **/s/ Louie Di Raimondo**
                                                                  **Louie Di Raimondo**
                                                                  Debtor

   *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Louie Di Raimondo** _____,     Case No. _____

Debtor

Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,050,000.00 | | |
| B - Personal Property | Yes | 4 | 44,925.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 2,289,480.79 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 28 | | 2,998,894.24 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 4 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 18,523.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 11,470.00 |
| Total Number of Sheets of ALL Schedules | | 46 | | | |
| | | Total Assets | 1,094,925.00 | | |
| | | | Total Liabilities | 5,288,375.03 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Louie Di Raimondo** _____ ,     Case No. _____

                          Debtor

Chapter _____ **11** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

  ■   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

**B6A (Official Form 6A) (12/07)**

In re    **Louie Di Raimondo**                                       ,    Case No. _____

                                                   **Debtor**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **2410 North Shore Terrace, Miami Beach, FL  33141** | **Fee simple** | - | **900,000.00** | **1,822,862.85** |
| **292 NW 54 Street, Miami, FL 33129** | **Fee simple** | - | **150,000.00** | **346,013.42** |

|  |  |  |
|---|---|---|
| Sub-Total > | **1,050,000.00** | (Total of this page) |
| Total > | **1,050,000.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   **Louie Di Raimondo**                                           ,        Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Regions Bank - Checking Account | - | 0.00 |
| | | Bank Atlantic - Checking Account | - | 0.00 |
| | | Chase Bank - Checking Account | - | 0.00 |
| | | Wachovia Bank- Checking Account | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >                0.00
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re __Louie Di Raimondo_____,   Case No. _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | All American Hot Dog Carts Corporation | - | 0.00 |
| | | Louis DiRaimondo Worldwide Investment and Export Corporation | - | Unknown |
| | | Midtown Development Corp. | - | 0.00 |
| | | 297 NW 54 Street LLC | - | 0.00 |
| | | 5411 NW 3rd Avenue, LLC | - | 0.00 |
| | | Louie's All American Kosher Hot Dogs and Deli, Inc. | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >          0.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re  **Louie Di Raimondo**                                                        ,         Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Domain Names:** **Vendorspot.com** **allamericanhotdog.net** **allamericanhotdog.org** **allamericanhotdog.com** **hotdogcarts.net** **sabretthotdogcarts.com** **sabretthotdogcart.com** **sabrettcarts.com** **mountaineer.com** **chicagohotdogs.com** **californiahotdogcarts.com** **americashotdogking.com** **allamericanhotdogcarts.net** **hotdogvendingcart.com** | **-** | **0.00** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 Ford Ranger** **Location: 2410 N. Shore Terrace, Miami Beach FL 33141** | **-** | **7,425.00** |
| | | **2009 Honda Accord - Daughter's car** | **-** | **17,500.00** |
| 26. Boats, motors, and accessories. | | **28 Foot Sea Ray Boat** | **-** | **20,000.00** |
| 27. Aircraft and accessories. | X | | | |

|  | Sub-Total > | **44,925.00** |
|---|---|---|
|  | (Total of this page) | |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re    **Louie Di Raimondo**                                    , Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **44,925.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re    **Louie Di Raimondo**                                                    Case No. _____
                                                     ,
                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                        *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **2410 North Shore Terrace, Miami Beach, FL 33141** | **Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01, 222.02, 222.05** | **0.00** | **900,000.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Regions Bank - Checking Account** | **Fla. Const. art. X, § 4(a)(2)** | **100%** | **0.00** |
| **Bank Atlantic - Checking Account** | **Fla. Const. art. X, § 4(a)(2)** | **100%** | **0.00** |
| **Chase Bank - Checking Account** | **Fla. Const. art. X, § 4(a)(2)** | **100%** | **0.00** |
| **Wachovia Bank- Checking Account** | **Fla. Const. art. X, § 4(a)(2)** | **100%** | **0.00** |
| **Stock and Interests in Businesses** | | | |
| **All American Hot Dog Carts Corporation** | **Fla. Const. art. X, § 4(a)(2)** | **100%** | **0.00** |
| **Louis DiRaimondo Worldwide Investment and Export Corporation** | **Fla. Const. art. X, § 4(a)(2)** | **100%** | **Unknown** |
| **Midtown Development Corp.** | **Fla. Const. art. X, § 4(a)(2)** | **100%** | **0.00** |
| **297 NW 54 Street LLC** | **Fla. Const. art. X, § 4(a)(2)** | **100%** | **0.00** |
| **5411 NW 3rd Avenue, LLC** | **Fla. Const. art. X, § 4(a)(2)** | **100%** | **0.00** |
| **Louie's All American Kosher Hot Dogs and Deli, Inc.** | **Fla. Const. art. X, § 4(a)(2)** | **100%** | **0.00** |
| **Licenses, Franchises, and Other General Intangibles** | | | |
| **Domain Names: Vendorspot.com allamericanhotdog.net allamericanhotdog.org allamericanhotdog.com hotdogcarts.net sabretthotdogcarts.com sabretthotdogcart.com sabrettcarts.com mountaineer.com chicagohotdogs.com californiahotdogs.com americashotdogking.com allamericanhotdogcarts.net hotdogvendingcart.com** | **Fla. Const. art. X, § 4(a)(2)** | **100%** | **0.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2008 Ford Ranger Location: 2410 N. Shore Terrace, Miami Beach FL 33141** | **Fla. Stat. Ann. § 222.25(1)** | **100%** | **7,425.00** |
| **2009 Honda Accord - Daughter's car** | **Fla. Const. art. X, § 4(a)(2)** | **100%** | **17,500.00** |

___1___  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6C (Official Form 6C) (4/10) -- Cont.

In re __Louie Di Raimondo_____,     Case No. _____
                          Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Boats, Motors and Accessories** | | | |
| **28 Foot Sea Ray Boat** | **Fla. Const. art. X, § 4(a)(2)** | **100%** | **20,000.00** |
| | | | |
| **Other Exemptions** | | | |
| **All American Hot Dog Carts, Inc.** | **Fla. Const. art. X, § 4(a)(2)** | **100%** | **0.00** |
| **Louis DiRaimondo Worldwide Investment and Export Corporation** | **Fla. Const. art. X, § 4(a)(2)** | **100%** | **Unknown** |
| **2711 Midtown Development Corp** | **Fla. Const. art. X, § 4(a)(2)** | **100%** | **200,000.00** |
| **297 NW 54 Street LLC** | **Fla. Const. art. X, § 4(a)(2)** | **100%** | **125,000.00** |
| **5411 NW 3rd Avenue, LLC** | **Fla. Const. art. X, § 4(a)(2)** | **100%** | **125,000.00** |
| **Louie's All American Kosher Hot Dogs, Inc.** | **Fla. Const. art. X, § 4(a)(2)** | **100%** | **0.00** |

Total:  **457,425.00**   **1,394,925.00**

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re __**Louie Di Raimondo**_____,    Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. **xxxxx9318** <br><br> **American Honda Finance Corporation** <br> P.O. Box 1027 <br> Alpharetta, GA 30009-1027 | | - | | | Purchase Money Security <br><br> 2009 Honda Accord - Daughter's car <br><br> Value $          **17,500.00** | | | | 27,244.52 | 9,744.52 |
| Account No. **xxxxxxxxxx1067** <br><br> **Chase** <br> Attn. Home Equity Loan Servicing <br> PO Box 24714 <br> Columbus, OH 43224 | | - | | | Second Mortgage <br><br> 2410 North Shore Terrace, Miami Beach, FL  33141 <br><br> Value $         **900,000.00** | | | | 115,862.85 | 115,862.85 |
| Account No. **xxxxxx6752** <br><br> **Chase Home Finance LLC** <br> 9200 Oakdale Ave., 4th Floor <br> Chatsworth, CA 91311 | | - | | | First Mortgage <br><br> 2410 North Shore Terrace, Miami Beach, FL  33141 <br><br> Value $         **900,000.00** | | | | 1,707,000.00 | 807,000.00 |
| Account No. **xxx-xxxxxxxxxx5590** <br><br> **Regions** <br> Consumer Loan Processing <br> PO Box 2224 <br> Birmingham, AL 35246-0026 | | - | | | First Mortgage <br><br> 28 Foot Sea Ray Boat <br><br> Value $          **20,000.00** | X | | | 93,360.00 | 73,360.00 |

___**1**___ continuation sheets attached

Subtotal
(Total of this page)   **1,943,467.37**   **1,005,967.37**

B6D (Official Form 6D) (12/07) - Cont.

In re   **Louie Di Raimondo**                                                                                    ,        Case No. _____

                                                   Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | | |
| Account No. **xx-xx-xxxx305-9** | | | | | **2001** | | | | | |
| **Wachovia Bank Commercial Loan Services PO Box 740502 Atlanta, GA 30374-0502** | - | | | | **First Mortgage** **292 NW 54 Street, Miami, FL 33129** | | | | | |
| | | | | | Value $                          **150,000.00** | | | | **43,089.92** | **0.00** |
| Account No. **xxxx-xxxx-xxxx-2638** | | | | | **Second Mortgage** | | | | | |
| **Wells Fargo Express Equity Payment Remittance Center PO Box 6426 Carol Stream, IL 60197-6426** | - | | | | **292 NW 54 Street, Miami, FL 33129** | | | | | |
| | | | | | Value $                          **150,000.00** | | | | **302,923.50** | **196,013.52** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet  **1**  of  **1**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | **346,013.42** | **196,013.52** |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | **2,289,480.79** | **1,201,980.89** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6E (Official Form 6E) (4/10)

.

In re    **Louie Di Raimondo**                                        Case No. _____
                                                                   ,
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___1___ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re __Louie Di Raimondo_____,    Case No. _____

                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Notice only | | | | | | |
| City of Miami Beach 1700 Convention Center Dr. Miami Beach, FL 33139 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | Notice only | | | | | | |
| Florida Dept of Revenue 2458 Metrocentre Blvd West Palm Beach, FL 33407 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | Notice only | | | | | | |
| Miami-Dade Tax Collector 140 West Flagler Street Miami, FL 33130-1575 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1___ of __1___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 | 0.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re __Louie Di Raimondo_____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. xxxx-xxxxxxx-5431<br><br>**AAA Financial Services**<br>PO Box 851001<br>Dallas, TX 75285 | | - | | | Credit Card | | | | 3,862.70 |
| Account No. xxxx-xxxx-xxxx-0015<br><br>**Advanta**<br>PO Box 8088<br>Philadelphia, PA 19101 | | - | | | Credit Card | | | | 8,077.60 |
| Account No. xxxx-xxxx-xxxx-8014<br><br>**Advanta**<br>PO Box 8088<br>Philadelphia, PA 19101 | X | - | | | Guarantor | X | | | 9,898.27 |
| Account No. xxxx-xxxx-xxxx-0018<br><br>**Advanta**<br>PO Box 8088<br>Philadelphia, PA 19101 | X | - | | | Business Debt Guarantee | X | | | 6,444.66 |

__27__ continuation sheets attached

Subtotal<br>(Total of this page)  28,283.23

B6F (Official Form 6F) (12/07) - Cont.

In re **Louie Di Raimondo**                                                     ,        Case No. _____

                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx-xxxx-xxxx-2695** | | | | | **Credit Card** | | | | |
| **American Express** PO 360002 Fort Lauderdale, FL 33336 | | - | | | | | | | 4,059.00 |
| Account No. **xxxx-xxxxxx-x1001** | | | | | **Guarantor** | | | | |
| **AMEX** PO Box 360002 Fort Lauderdale, FL 33336-0002 | X | - | | | | X | | | 2,037.41 |
| Account No. **xxxx-xxxxxx-x2003** | | | | | **Guarantor** | | | | |
| **AMEX** PO Box 360001 Fort Lauderdale, FL 33336 | X | - | | | | X | | | 41,480.86 |
| Account No. **xxxx-xxxxxx-x1002** | | | | | **Guarantor** | | | | |
| **AMEX** PO Box 360002 Fort Lauderdale, FL 33336 | X | - | | | | X | | | 76,338.05 |
| Account No. **xxxx-xxxxxx-x1005** | | | | | **Guarantor** | | | | |
| **AMEX** PO Box 360002 Fort Lauderdale, FL 33336 | X | - | | | | X | | | 12,197.45 |

Sheet no. __1__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     136,112.77

B6F (Official Form 6F) (12/07) - Cont.

In re  **Louie Di Raimondo**                                                          , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxxxx-x1006** | | | **Credit Card** | | | | |
| **AMEX** **PO Box 360002** **Fort Lauderdale, FL 33336-0002** | | - | | | | | **7,258.35** |
| Account No. **xxxx-xxxxxx-x1001** | | | **Guarantor** | | | | |
| **AMEX** **PO Box 360002** | X | - | | X | | | **2,744.35** |
| Account No. **xxxx-xxxxxx-x1001** | | | **Guarantor** | | | | |
| **AMEX** **PO Box 360002** **Fort Lauderdale, FL 33336-0002** | X | - | | X | | | **3,166.40** |
| Account No. **xxxx-xxxxxx-x1006** | | | **Guarantor** | | | | |
| **AMEX** **PO Box 360001** **Fort Lauderdale, FL 33336** | X | - | | X | | | **14,779.61** |
| Account No. **xxxx-xxxxxx-x1004** | | | **Guarantor** | | | | |
| **AMEX Costco Wholesale** **PO Box 360001** **Fort Lauderdale, FL 33336-0001** | X | - | | X | | | **1,605.53** |

Sheet no. __2__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**29,554.24**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Louie Di Raimondo**                                              ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx-xxxx-xxxx-4224** | | - | | | Credit Card | | | | |
| **AT&T Universal Card** **PO BOx 182564** **Columbus, OH 43218-2564** | | | | | | | | | 8,131.85 |
| Account No. **xxxx-xxxx-xxxx-1857** | | - | | | Credit Card | | | | |
| **Bank of America** **PO Box 15019** **Wilmington, DE 19886-5019** | | | | | | | | | 12,645.17 |
| Account No. **xxxx-xxxx-xxxx-8923** | | - | | | Credit Card | | | | |
| **Bank of America** **PO Box 851001** **Dallas, TX 75285** | | | | | | | | | 3,181.38 |
| Account No. **xxxx-xxxx-xxxx-2764** | X | - | | | Guarantor | X | | | |
| **Bank of America** **P.O. Box 15019** **Wilmington, DE 19886-5548** | | | | | | | | | 27,226.12 |
| Account No. **xxxx-xxxx-xxxx-9598** | X | - | | | Guarantor | X | | | |
| **Bank of America** **PO Box 851001** **Dallas, TX 75285-1001** | | | | | | | | | 14,539.53 |

Sheet no. __3__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                             65,724.05

B6F (Official Form 6F) (12/07) - Cont.

In re    **Louie Di Raimondo**                                        , Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxx-xxxxx-xx03-51**<br><br>**Bank of America**<br>**PO Box 851001**<br>**Dallas, TX 75285-1001** | X | - | | | Guarantor | X | | | 25,282.54 |
| Account No. **xxxx-xxxx-xxxx-6596**<br><br>**Bank of America**<br>**PO Box 15710**<br>**Wilmington, DE 19886-5710** | X | - | | | Business Debt Guarantee | X | | | 9,144.33 |
| Account No. **xxxx-xxxx-xxxx-2764**<br><br>**Bank of America**<br>**PO Box 15710**<br>**Wilmington, DE 19886-5710** | X | - | | | Guarantor | X | | | 24,614.22 |
| Account No. **xxxx-xxxx-xxxx-0170**<br><br>**Bank of America**<br>**PO Box 851001**<br>**Dallas, TX 75285-1001** | | - | | | Credit Card | | | | 5,255.92 |
| Account No. **xxxx-xxxx-xxxx-2098**<br><br>**Bank of America**<br>**PO Box 851001**<br>**Dallas, TX 75285-1001** | | - | | | Credit Card | | | | 6,945.39 |

Sheet no. __4__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    71,242.40

B6F (Official Form 6F) (12/07) - Cont.

In re **Louie Di Raimondo** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxx-xxxx-xxxx-4945** <br><br> **Bank of America** <br> **PO Box 15710** <br> **Wilmington, DE 19886-5710** | X | - | | | **Guarantor** | X | | | 26,932.65 |
| Account No. **xxxx-xxxx-xxxx-6417** <br><br> **Bank of America** <br> **PO Box 15710** <br> **Wilmington, DE 19886-5710** | X | - | | | **Business Debt Guarantee** | X | | | 11,277.29 |
| Account No. **xxxx-xxxx-xxxx-2695** <br><br> **Bank of America** <br> **PO Box 851001** <br> **Dallas, TX 75285-1001** | | - | | | **Credit Card** | | | | 4,602.48 |
| Account No. **xxx-xxxxx-xx41-38** <br><br> **Bank of America** <br> **PO Box 851001** <br> **Dallas, TX 75285-1001** | X | - | | | **Guarantor** | X | | | 41,080.81 |
| Account No. **xxxx-xxxx-xxxx-9018** <br><br> **Bank of America** <br> **PO Box 851001** <br> **Dallas, TX 75285-1001** | | - | | | **Credit Card** | | | | 10,679.05 |

Sheet no. __5__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **94,572.28**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Louie Di Raimondo**                                          ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-1687** <br><br> **Bank of America** <br> **PO Box 981815** <br> **El Paso, TX 79998-9910** | | - | Credit Card | | | | **Unknown** |
| Account No. **xxxx-xxxxxx-x2882** <br><br> **Bank of America** <br> **PO Box 851001** <br> **Dallas, TX 75285** | | - | Credit Card | | | | **2,577.04** |
| Account No. **xxx-xxxxx-xx03-31** <br><br> **Bank of America** <br> **PO Box 851001** <br> **Dallas, TX 75285** | | - | Credit Card | | | | **24,200.69** |
| Account No. **xxxx-xxxx-xxxx-6220** <br><br> **Bank of America** <br> **PO Box 85100** <br> **Dallas, TX 75285** | | - | Credit Card | | | | **2,154.05** |
| Account No. **xxxx-xxxx-xxxx-3492** <br><br> **Bank of America** | X | - | Guarantor | X | | | **Unknown** |

Sheet no. __6___ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                **28,931.78**

B6F (Official Form 6F) (12/07) - Cont.

In re __**Louie Di Raimondo**_____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx-xxxx-xxxx-3563** | | | | | Guarantor | | | | |
| **Bank of America** **PO Box 15710** **Wilmington, DE 19886-5710** | X | - | | | | X | | | 24,769.90 |
| Account No. **xxxx-xxxx-xxxx-1274** | | | | | Credit Card | | | | |
| **Bank of America** **PO Box 851001** **Dallas, TX 75285** | | - | | | | | | | 6,010.39 |
| Account No. **xxxxxxxxx5821** | | | | | Guarantor | | | | |
| **Bank of America** **c/o Bonded Collection Corporation** **29 East Madison Street, Suite 1650** **Chicago, IL 60602-4427** | X | - | | | | X | | | 25,282.54 |
| Account No. **xxxxxxxxxxxxx8699** | | | | | Guarantor | | | | |
| **Bank of America** **NC1-001-07-06** **101 N. Tryon St.** **Charlotte, NC 28255-0001** | X | - | | | | X | | | 100,947.16 |
| Account No. **xxxx3141** | | | | | Credit Card | | | | |
| **Bank of America** **c/o Firstsource Advantage, LLC** **PO BOx 628** **Buffalo, NY 14240-0628** | | - | | | | | | | 6,945.39 |

Sheet no. __**7**___ of __**27**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **163,955.38**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Louie Di Raimondo**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxxxxx8848<br><br>**Bank of America<br>c/o Bonded Collection Corp.<br>PO Box 1022<br>Wixom, MI 48393-1022** | X | - | | **Guarantor** | X | | | **41,080.81** |
| Account No. xxxx-xxxx-xxxx-4244<br><br>**Bank of America<br>c/o Sunrise Credit Services, Inc.<br>PO Box 9100<br>Farmingdale, NY 11735-9100** | | - | | **Credit Card** | | | | **25,344.32** |
| Account No. xxxx-xxxx-xxxx-0267<br><br>**Bank of America Mercedes-Benz<br>PO Box 851001<br>Dallas, TX 75285-1001** | | - | | **Credit Card** | | | | **3,319.02** |
| Account No. xxx-xx-805-1<br><br>**Bloomingdales<br>PO Box 183083<br>Columbus, OH 43218-3083** | | - | | **Credit Card** | | | | **584.37** |
| Account No. xxxx-xxxx-xxxx-7127<br><br>**BP<br>PO Box 94012<br>Palatine, IL 60094-4012** | | - | | **Credit Card** | | | | **13.45** |

Sheet no. __8___ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**70,341.97**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Louie Di Raimondo**                                    ,    Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-5106**<br><br>**BP**<br>**PO Box 94012**<br>**Palatine, IL 60094** | | - | **Credit Card** | | | | 221.07 |
| Account No. **xxxx-xxxx-xxxx-5812**<br><br>**Capital One**<br>**PO Box 71083**<br>**Charlotte, NC 28272-1083** | | - | **Credit Card** | | | | 1,210.13 |
| Account No. **xxxx-xxxx-xxxx-8308**<br><br>**Capital One**<br>**PO Box 71083**<br>**Charlotte, NC 28272-1083** | X | - | **Guarantor** | X | | | 5,413.64 |
| Account No. **xxxx-xxxx-xxxx-9113**<br><br>**Capital One**<br>**PO Box 71083**<br>**Charlotte, NC 28272-1083** | X | - | **Guarantor** | X | | | 9,282.37 |
| Account No. **xxxx-xxxx-xxxx-5245**<br><br>**Capital One**<br>**PO Box 71083**<br>**Charlotte, NC 28272-1083** | X | - | **Business Debt Guarantee** | X | | | 6,284.54 |

Sheet no. __9__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

22,411.75

B6F (Official Form 6F) (12/07) - Cont.

In re __Louie Di Raimondo_____,    Case No. _____
                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W | J C | | | | | |
| Account No. xxxxxxxxx3668 | | - | | | Health Care Loan | | | | |
| Capital One PO Box 105474 Atlanta, GA 30348 | | | | | | | | | 9,155.51 |
| Account No. xxxx-xxxx-xxxx-8066 | | - | | | Credit Card | | | | |
| Capital One PO Box 71083 Charlotte, NC 28272-1083 | | | | | | | | | 2,066.25 |
| Account No. xxxx-xxxx-xxxx-4012 | | - | | | Credit Card | | | | |
| Capital One PO Box 71083 Charlotte, NC 28272-1083 | | | | | | | | | 753.11 |
| Account No. xxxx-xxxx-xxxx-1664 | | - | | | Credit Card | | | | |
| Capital One Bank PO Box 71083 Charlotte, NC 28272-1083 | | | | | | | | | 736.69 |
| Account No. xxxx-xxxx-xxxx-1412 | | - | | | Credit Card | | | | |
| CapitalOne PO Box 71083 Charlotte, NC 28272 | | | | | | | | | 6,288.98 |

Sheet no. _10_ of _27_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

19,000.54

B6F (Official Form 6F) (12/07) - Cont.

In re __**Louie Di Raimondo**_____,  Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxxx7801**<br><br>**Chase<br>PO Box 9001022<br>Louisville, KY 40290-1022** | | - | | | **Commercial Loan** | | | | 0.00 |
| Account No. **xxxxxxxxx7820**<br><br>**Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298** | X | - | | | **Guarantor** | X | | | 7,205.55 |
| Account No. **xxxxxxxxx7800**<br><br>**Chase<br>PO Box 9001022<br>Louisville, KY 40290-1022** | X | - | | | **Guarantor** | X | | | 206,727.47 |
| Account No. **xxxx-xxxx-xxxx-5481**<br><br>**Chase<br>PO Box 620002<br>Internal Mail TX1-2551<br>Dallas, TX 75262-9802** | | - | | | **Credit Card** | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-9920**<br><br>**Chase Bank USA, N.A.<br>PO Box 15153<br>Wilmington, DE 19886-5153** | | - | | | **Credit Card** | | | | 1,191.28 |

Sheet no. __**11**__ of __**27**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

215,124.30

B6F (Official Form 6F) (12/07) - Cont.

In re __**Louie Di Raimondo**_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx-xxxx-xxxx-6114** | | - | | Credit Card | | | | |
| Chase Bank USA, N.A. PO Box 15153 Wilmington, DE 19886-5153 | | | | | | | | 1,551.76 |
| Account No. **xxxx-xxxx-xxxx-3468** | | - | | Credit Card | | | | |
| Chase Bank USA, N.A. P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | | | | 1,359.00 |
| Account No. **xxxx-xxxx-xxxx-5104** | | - | | Credit Card | | | | |
| Chase Bank USA, N.A. P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | | | | 1,401.59 |
| Account No. **xxxx-xxxx-xxxx-5241** | | - | | Credit Card | | | | |
| Chase Bank USA, N.A. P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | | | | 440.60 |
| Account No. **xxxx-xxxx-xxxx-0963** | | - | | Credit Card | | | | |
| Chase Bank USA, N.A. P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | | | | 9,405.96 |

Sheet no. __12__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **14,158.91**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Louie Di Raimondo**                                                      ,        Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-1332** <br><br> **Chase Bank USA, N.A.** <br> **P.O. Box 15153** <br> **Wilmington, DE 19886-5153** | - | | Credit Card | | | | **1,124.65** |
| Account No. **xxxx-xxxx-xxxx-1159** <br><br> **Chase Bank USA, N.A.** <br> **P.O. Box 15153** <br> **Wilmington, DE 19886-5153** | - | | Credit Card | | | | **59.82** |
| Account No. **xxxx-xxxx-xxxx-8253** <br><br> **Chase Bank USA, N.A.** <br> **P.O. Box 15153** <br> **Wilmington, DE 19886-5153** | - | | Credit Card | | | | **11,607.58** |
| Account No. **xxxx-xxxx-xxxx-8527** <br><br> **Chase Bank USA, N.A.** <br> **P.O. Box 15153** <br> **Wilmington, DE 19886-5153** | - | | Credit Card | | | | **885.93** |
| Account No. **xxxx-xxxx-xxxx-6605** <br><br> **Chase Bank USA, N.A.** <br> **P.O. Box 15153** <br> **Wilmington, DE 19886-5153** | - | | Credit Card | | | | **1,557.99** |

Sheet no. __13__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **15,235.97**

B6F (Official Form 6F) (12/07) - Cont.

In re **Louie Di Raimondo**                                                , Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-4827**<br><br>**Chase Bank USA, N.A.**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** | - | | Credit Card | | | | 9,496.39 |
| Account No. **xxxx-xxxx-xxxx-0635**<br><br>**Chase Bank USA, N.A.**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** | - | | Credit Card | | | | 2,349.06 |
| Account No. **xxxx-xxxx-xxxx-3076**<br><br>**Chase Bank USA, N.A.**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** | - | | Credit Card | | | | 1,837.38 |
| Account No. **xxxx-xxxx-xxxx-5697**<br><br>**Chase Bank USA, N.A.**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** | - | | Credit Card | | | | 591.82 |
| Account No. **xxxx-xxxx-xxxx-3057**<br><br>**Chase Bank USA, N.A.**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** | - | | Credit Card | | | | 108.32 |

Sheet no. __14__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **14,382.97**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Louie Di Raimondo**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx-xxxx-xxxx-5915** <br><br> **Chase Bank USA, N.A.** <br> **P.O. Box 15153** <br> **Wilmington, DE 19886-5153** | - | | | Credit Card | | | | **1,365.00** |
| Account No. **xxxx-xxxx-xxxx-4552** <br><br> **Chase Bank USA, N.A.** <br> **P.O. Box 15153** <br> **Wilmington, DE 19886-5153** | - | | | Credit Card | | | | **1,450.53** |
| Account No. **xxxx-xxxx-xxxx-6899** <br><br> **Chase Bank USA, N.A.** <br> **P.O. Box 15153** <br> **Wilmington, DE 19886-5153** | - | | | Credit Card | | | | **676.13** |
| Account No. **xxxx-xxxx-xxxx-0533** <br><br> **Chevron and Texaco Credit Card** <br> **GE Money Bank** <br> **PO Box 103104** <br> **Roswell, GA 30076** | - | | | Credit Card | | | | **1,267.15** |
| Account No. **xxxx-xxxx-xxxx-2817** <br><br> **Citi / SmithBarney Platinum MC** <br> **PO Box 183051** <br> **Columbus, OH 43218-3051** | - | | | Credit Card | | | | **1,888.77** |

Sheet no. __15__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **6,647.58**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Louie Di Raimondo**                                    ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx-xxxx-xxxx-8335** | | | | | Credit Card | | | | |
| **Citi Diamond Preferred Rewards crad** **PO Box 182564** **Columbus, OH 43218-2564** | - | | | | | | | | 2,511.41 |
| Account No. **xxxx-xxxx-xxxx-6946** | | | | | Credit Card | | | | |
| **Citi Mastercard** **Processing Center** **Des Moines, IA 50364-0001** | - | | | | | | | | 325.76 |
| Account No. **xxxx-xxxx-xxxx-7429** | | | | | Credit Card | | | | |
| **Citi Platinum Select Card** **PO Box 182564** **Columbus, OH 43218** | - | | | | | | | | 2,578.23 |
| Account No. **xxxx-xxxx-xxxx-4824** | | | | | Credit Card | | | | |
| **Citi/ SmithBarney Platinum Visa** **PO Box 183051** **Columbus, OH 43218-3051** | - | | | | | | | | 18,534.41 |
| Account No. **xxxx-xxxx-xxxx-4224** | | | | | Credit card | | | | |
| **Citibank (South Dakota), N.A.** **701 East 60th Street** **Sioux Falls, SD 57117** | - | | | | | X | | | 8,131.85 |

Sheet no. __**16**__ of __**27**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **32,081.66**

B6F (Official Form 6F) (12/07) - Cont.

In re __Louie Di Raimondo__ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxx-xxxx-xxxx-7313** | | | | | Credit Card | | | | |
| **CitiBusiness Card** **PO Box 183051** **Columbus, OH 43218-3051** | X | - | | | | | | | 21,066.30 |
| Account No. **xxxx-xxxx-xxxx-1630** | | | | | Guarantor | | | | |
| **CitiBusiness/ AAdvantage Card** **PO Box 183051** **Columbus, OH 43218-3051** | X | - | | | | X | | | 8,171.53 |
| Account No. **xxxx-xxxx-xxxx-2143** | | | | | Credit Card | | | | |
| **City Furniture** **GE Money Bank** **PO Box 960061** **Orlando, FL 32896-0061** | | - | | | | | | | 2,331.97 |
| Account No. **xxxx-xxxx-xxxx-0193** | | | | | Credit Card | | | | |
| **Diners Club** **PO Box 003** **The Lakes, NV 88901** | | - | | | | X | | | 6,342.48 |
| Account No. **xxxx-xxxx-xxxx-9029** | | | | | Credit Card | | | | |
| **Discover** **PO Box 71084** **Charlotte, NC 28272-1084** | | - | | | | | | | 15,376.51 |

Sheet no. __17__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    53,288.79

B6F (Official Form 6F) (12/07) - Cont.

In re   **Louie Di Raimondo**                                                    ,          Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx-xxxx-xxxx-8528**<br><br>**Discover**<br>**PO Box 71084**<br>**Charlotte, NC 28272-1084** | - | | | | Credit Card | | | | 16,376.79 |
| Account No. **xxxx-xxxx-xxxx-2740**<br><br>**Discover**<br>**PO Box 71084**<br>**Charlotte, NC 28272-1084** | - | | | | Credit Card | | | | 9,815.47 |
| Account No. **xxxx-xxxx-xxxx-3721**<br><br>**Discover**<br>**PO Box 71084**<br>**Charlotte, NC 28272-1084** | - | | | | Credit Card | | | | 9,176.31 |
| Account No. **xxxx-xxxx-xxxx-6440**<br><br>**Discover**<br>**PO Box 30943**<br>**Salt Lake City, UT 84130** | - | | | | Credit Card | | | | Unknown |
| Account No. **xxxxxxx9173**<br><br>**East Coast Pathology Assoc.**<br>**PO Box 5040**<br>**Hialeah, FL 33014** | - | | | | Medical Expenses | | | | 401.00 |

Sheet no. __18__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    35,769.57

B6F (Official Form 6F) (12/07) - Cont.

In re **Louie Di Raimondo** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-6625** <br><br> **Fifth Third Bank Mastercard Platinum** <br> **PO Box 740789** <br> **Cincinnati, OH 45274-0789** | | - | | | Credit Card | | | | 4,571.43 |
| Account No. **xxxx-xxxx-xxxx-3025** <br><br> **First Equity Card Corp.** <br> **PO Box 23029** <br> **Columbus, GA 31902-3029** | X | - | | | Guarantor | X | | | 12,377.12 |
| Account No. **xxxx-xxxx-xxxx-6858** <br><br> **First Premier Bank** <br> **PO Box 5147** <br> **Sioux Falls, SD 57117-5147** | | - | | | Credit Card | | | | 612.07 |
| Account No. **xxxx-xxxx-xxxx-2616** <br><br> **First Premier Bank** <br> **PO Box 5147** <br> **Sioux Falls, SD 57117-5147** | | - | | | Credit Card | | | | 393.80 |
| Account No. **xxxxx-x3311** <br><br> **Florida Power and Light** <br> **PO Box 025576** <br> **Miami, FL 33102** | | - | | | Utility | | | | 463.68 |

Sheet no. __19__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                18,418.10

B6F (Official Form 6F) (12/07) - Cont.

In re    **Louie Di Raimondo**                                                                          ,          Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **7432**<br><br>**GE** | | - | | | Credit Card | | | | 7,722.00 |
| Account No. **xxxx-xxxx-xxxx-0892**<br><br>**GE Money LOC**<br>**PO Box 530913**<br>**Atlanta, GA 30353-0913** | | - | | | Credit Card | | | | 1,148.48 |
| Account No. **xxxx-xxxx-xxxx-0577**<br><br>**GM Card**<br>**HSBC Card Services**<br>**Dept 9600**<br>**Carol Stream, IL 60128-9600** | | - | | | Credit Card | | | | 4,314.08 |
| Account No.<br><br>**Great Lakes**<br>**US Dept of Education**<br>**PO Box 530229**<br>**Atlanta, GA 30353** | | - | | | 740577581<br>Loan | X | | | 25,296.90 |
| Account No. **xxxx-xxxx-xxxx-7990**<br><br>**Home Depot**<br>**Processing Center**<br>**Des Moines, IA 50364-0500** | | - | | | Credit Card | | | | 6,428.51 |

Sheet no. __**20**__ of __**27**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          44,909.97

B6F (Official Form 6F) (12/07) - Cont.

In re  **Louie Di Raimondo**                                                      ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx-xxxx-xxxx-0349** | | | | **Guarantor** | | | | |
| **Home Depot** **Processing Center** **Des Moines, IA 50364-0500** | X | - | | | X | | | 23,612.67 |
| Account No. **xxx-xxx-x44-41** | | | | **Credit Card** | | | | |
| **JC Penny** **PO Box 960090** **Orlando, FL 32896-0090** | | - | | | | | | 1,050.61 |
| Account No. **xx-xxx-xxx-807-1** | | | | **Credit Card** | | | | |
| **Macy's** **PO Box 689195** **Des Moines, IA 50368-9195** | | - | | | | | | 1,765.55 |
| Account No. **xxxx-xxxx-xxxx-4119** | | | | **Credit Card** | | | | |
| **Marriot Rewards** **PO Box 15153** **Wilmington, DE 19886-5153** | | - | | | | | | 1,254.02 |
| Account No. **xxxx-xxxx-xxxx-4552** | | | | **Credit Card** | | | | |
| **Marriot Rewards** **PO Box 15153** **Wilmington, DE 19886-5153** | | - | | | | | | 1,390.89 |

Sheet no. __21__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          29,073.74

B6F (Official Form 6F) (12/07) - Cont.

In re    **Louie Di Raimondo**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx4954**<br><br>**Mercedes Benz Financial**<br>**P).O. Box 9001680**<br>**Louisville, KY 40290-1680** | | - | Lease surrender; deficiency claim | | | X | 27,010.06 |
| Account No. **xxxx8408**<br><br>**Mount Sinai Medical Center**<br>**c/o NCO Financial Systems, Inc.**<br>**5100 Peachtree Industrial Blvd., Suite M**<br>**Norcross, GA 30071** | | - | Medical Expenses | | | | 1,028.88 |
| Account No. **xxxxx8480**<br><br>**North Shore Medical Center**<br>**PO Box 740926**<br>**Atlanta, GA 30374-0926** | | - | Medical Expenses | | | | 849.69 |
| Account No. **xxxx-xxxx-xxxx-1634**<br><br>**Northern Tool Equipment**<br>**HSBC**<br>**PO Box 15521**<br>**Wilmington, DE 19850-5521** | X | - | Guarantor | X | | | 2,636.98 |
| Account No. **xxxx-xxxx-xxxx-9290**<br><br>**Office Depot**<br>**PO Box 689020**<br>**Des Moines, IA 50368-9020** | X | - | Guarantor | X | | | 1,308.96 |

Sheet no. __**22**__ of __**27**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

32,834.57

B6F (Official Form 6F) (12/07) - Cont.

In re **Louie Di Raimondo** , Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx-xxxx-xxxx-1532** Orchard Bank HSBC Card Services PO Box 5222 Carol Stream, IL 60197-5222 | | - | | | Credit Card | | | | 1,305.24 |
| Account No. **x-xxxx-xxxx-0390** Radioshack Processing Center Des Moines, IA 50364-0001 | | - | | | Credit Card | | | | 391.22 |
| Account No. **xxxxxxxxxxxxxxxxx0024** Regions PO Box 2224 Birmingham, AL 35246-0009 | X | - | | | Guarantor | X | | | 25,813.63 |
| Account No. **xxx-xxxxxxxxxx5590** Regions PO Box 11007 Birmingham, AL 35288 | | - | | | Loan | | | | 95,947.04 |
| Account No. **xxx-xxx-xxxxxxxxx7542** Regions Bank Palm Bch-Lakes PO Box 1984 Birmingham, AL 35201 | X | - | | | Guarantor | X | | | 200,879.78 |

Sheet no. __23__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  324,336.91

B6F (Official Form 6F) (12/07) - Cont.

In re **Louie Di Raimondo**                                      ,        Case No. _____

_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxxxxx7079 | | | Guarantor of mortgage on 5411 NW 3rd Avenue, Miami, FL and 297 NW 54th Street, Miami, FL | | | | |
| Regions Bank PO Box 5014 Montgomery, AL 36103-5014 | X | - | | X | | | 243,820.91 |
| Account No. xxxxxxxxxxxxxxx8548 | | | 7/31/08 Guarantor of Mortgage on 2711 NE 2nd Avenue, Miami, FL | | | | |
| Regions Bank Commercial Loan Processing Center PO Box 11407 Birmingham, AL 35246-0054 | X | - | | X | | | 505,518.77 |
| Account No. xxxx-xx8-816 | | | Credit Card | | | | |
| Saks Fifth Avenue PO Box 5224 Carol Stream, IL 60197-5224 | | - | | | | | 1,748.40 |
| Account No. xxx-xx1-776 | | | Credit Card | | | | |
| Shell Consumer PO Box 183018 Columbus, OH 43218-3018 | | - | | | | | 1,017.34 |
| Account No. xxxx-xxxx-xxxx-8335 | | | Credit Card | | | | |
| SonyCard / Playstation Card PO Box 15153 Wilmington, DE 19886-5153 | | - | | | | | 469.81 |

Sheet no. __24__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        752,575.23

B6F (Official Form 6F) (12/07) - Cont.

In re  **Louie Di Raimondo**                                                    ,        Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx-xxxx-xxxx-6899** | | - | | Credit Card | | | | |
| **SonyCard / Playstation card** **PO Box 15153** **Wilmington, DE 19886-5153** | | | | | | | | 676.13 |
| Account No. **xxxx-xxxx-xxxx-9535** | | - | | Credit Card | | | | |
| **SoundAdvice / GE Money Bank** **PO Box 960061** **Orlando, FL 32896-0061** | | | | | | | | 17,899.47 |
| Account No. **xxxx8480** | | - | | Medical Expenses | | | | |
| **South Florida Group Services** **PO Box 405727** **Atlanta, GA 30384-5727** | | | | | | | | 752.00 |
| Account No. **xxxx7034** | X | - | | Guarantor | X | | | |
| **SST** **PO Box 801997** **Kansas City, MO 64180-1997** | | | | | | | | 7,744.05 |
| Account No. **xxxx-xxxx-xxxx-8368** | | - | | Credit Card | | | | |
| **State Farm Visa** **State Farm Bank** **PO Box 2316** **Bloomington, IL 61702** | | | | | | | | 7,549.00 |

Sheet no. __25__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        34,620.65

B6F (Official Form 6F) (12/07) - Cont.

In re **Louie Di Raimondo**                                              , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxx9167** | | | | | **Guarantor** | | | | |
| **Suntrust Bank** **PO Box 79079** **Baltimore, MD 21279-0079** | X | - | | | | X | | | 74,742.36 |
| Account No. **xxxx-xxxx-xxxx-4805** | | | | | **Guarantor** | | | | |
| **Suntrust Visa** **PO Box 4997** **Orlando, FL 32802-4997** | X | - | | | | X | | | 2,521.64 |
| Account No. **xx-xx-xxxx305-9** | | | | | **Guarantor of First Mortgage on 292 NW 54 Street, Miami, FL 33127** | | | | |
| **Wachovia Bank** **PO Box 740502** **Atlanta, GA 30374-0502** | X | - | | | | X | | | 199,947.01 |
| Account No. **xxxx-xxxx-xxxx-3992** | | | | | **Guarantor** | | | | |
| **Wells Fargo** **PO Box 6426** **Carol Stream, IL 60197-6426** | X | - | | | | X | | | 301,401.94 |
| Account No. **xxxx-xxxx-xxxx-9651** | | | | | **Guarantor** | | | | |
| **Wells Fargo** **PO Box 6426** **Carol Stream, IL 60197-6426** | X | - | | | | X | | | 3,915.41 |

Sheet no. __26__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     582,528.36

B6F (Official Form 6F) (12/07) - Cont.

In re **Louie Di Raimondo**                                                    , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-5168** <br><br> **Wells Fargo** <br> **PO Box 6412** <br> **Carol Stream, IL 60197-6412** | | - | **Credit Card** | | | | 2,386.57 |
| Account No. **xxxx-xxxx-xxxx-9441** <br><br> **Wells Fargo** <br> **PO Box 6426** <br> **Carol Stream, IL 60197-6426** | X | - | **Guarantor** | X | | | 48,038.53 |
| Account No. **xxxx-xxxx-xxxx-2879** <br><br> **Wells Fargo** <br> **PO Box 6426** <br> **Carol Stream, IL 60197-6426** | X | - | **Guarantor** | X | | | 3,073.14 |
| Account No. **xxxx-xxxx-xxxx-5119** <br><br> **West Elm** <br> **PO Box 659705** <br> **San Antonio, TX 78265-9705** | | - | **Credit Card** | | | | 9,278.33 |
| Account No. <br><br><br><br> | | | | | | | |

Sheet no. **27** of **27** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | 62,776.57 |
| Total <br> (Report on Summary of Schedules) | 2,998,894.24 |

B6G (Official Form 6G) (12/07)

In re    **Louie Di Raimondo**                                         ,        Case No. _____
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Lincoln Benefit Life Company**<br>**PO Box 3582**<br>**Akron, OH 44309-3582** | **Universal Live Insurance - Account No.:**<br>**xxxxxx9026** |
| **Mercedes Benz Financial**<br>**P).O. Box 9001680**<br>**Louisville, KY 40290-1680** | **Lease of 2009 Mercedes 350 SUV**<br>**Lease No. xxxxxx7057** |
| **Metropolitan Life Insurance Co.**<br>**One Alhambra Plaza S-5**<br>**Miami, FL 33134** | **Whole Live Insurance**<br>**Account No.: xxxxxx668A** |
| **New York Life**<br>**PO Box 742345**<br>**Cincinnati, OH 45274-2545** | **Universal Life Insurance**<br>**Accnt No.: xxxx2313** |
| **State Farm**<br>**P.O. Box 2746**<br>**Jacksonville, FL 32232** | **Term Life Insurance**<br>**Acct No. xxxxxx0119** |
| **State Farm Insurance Companies**<br>**7401 Cypress Gardenia Blvd**<br>**Winter Haven, FL 33888** | **Auto Insurance- 3 cars:**<br>**Acct No. xxxxxx2919** |
| **Woodlawn Park Cementary- North**<br>**PO Box 11250**<br>**New Orleans, LA 70181-1250** | **Purchase of cemetary plot for brother (deceased)-**<br>**Acct No. xxxxxxxxxxx419C** |
| **Woodlawn Park Cementary- North**<br>**PO Box 11250**<br>**New Orleans, LA 70181-1250** | **Purchase of cemetary plot for Debtor - Acct No.**<br>**xxxxxxxxxxx102C** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **Louie Di Raimondo**                            ,    Case No. _____

                                            Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **2711 Mid Town Development Corp**<br>**292 NW 54 Street**<br>**Miami, FL 33127** | **Bank of America**<br>**PO Box 15710**<br>**Wilmington, DE 19886-5710** |
| **2711 Mid Town Development Corp**<br>**292 NW 54 Street**<br>**Miami, FL 33127** | **Capital One**<br>**PO Box 71083**<br>**Charlotte, NC 28272-1083** |
| **2711 Mid Town Development Corp**<br>**292 NW 54 Street**<br>**Miami, FL 33127** | **Regions Bank**<br>**Commercial Loan Processing Center**<br>**PO Box 11407**<br>**Birmingham, AL 35246-0054** |
| **All American Hot Dog Carts Corporation**<br>**292 NW 54 Street**<br>**Miami, FL 33127** | **Advanta**<br>**PO Box 8088**<br>**Philadelphia, PA 19101** |
| **All American Hot Dog Carts Corporation**<br>**292 NW 54 Street**<br>**Miami, FL 33127** | **Bank of America**<br>**PO Box 15710**<br>**Wilmington, DE 19886-5710** |
| **All American Hot Dog Carts Corporation**<br>**292 NW 54 Street**<br>**Miami, FL 33127** | **CitiBusiness Card**<br>**PO Box 183051**<br>**Columbus, OH 43218-3051** |
| **Jeanna DiRaimondo**<br>**2410 N. Shore Terr.**<br>**Miami Beach, FL 33141-2448** | **Wells Fargo**<br>**PO Box 6426**<br>**Carol Stream, IL 60197-6426** |
| **Worldwide Investments & Export Corp.**<br>**2410 N. Shore Terrace**<br>**Miami Beach, FL 33141** | **Advanta**<br>**PO Box 8088**<br>**Philadelphia, PA 19101** |
| **Worldwide Investments & Export Corp.**<br>**2410 N. Shore Terrace**<br>**Miami Beach, FL 33141** | **AMEX**<br>**PO Box 360002**<br>**Fort Lauderdale, FL 33336-0002** |
| **Worldwide Investments & Export Corp.**<br>**2410 N. Shore Terrace**<br>**Miami Beach, FL 33141** | **AMEX**<br>**PO Box 360001**<br>**Fort Lauderdale, FL 33336** |
| **Worldwide Investments & Export Corp.**<br>**2410 N. Shore Terrace**<br>**Miami Beach, FL 33141** | **AMEX**<br>**PO Box 360002**<br>**Fort Lauderdale, FL 33336** |

**3**
____ continuation sheets attached to Schedule of Codebtors

In re    **Louie Di Raimondo**                                    Case No. _____
                                              ,
                                          Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Worldwide Investments & Export Corp.**<br>**2410 N. Shore Terrace**<br>**Miami Beach, FL 33141** | **AMEX**<br>**PO Box 360002**<br>**Fort Lauderdale, FL 33336** |
| **Worldwide Investments & Export Corp.**<br>**2410 N. Shore Terrace**<br>**Miami Beach, FL 33141** | **AMEX Costco Wholesale**<br>**PO Box 360001**<br>**Fort Lauderdale, FL 33336-0001** |
| **Worldwide Investments & Export Corp.**<br>**2410 N. Shore Terrace**<br>**Miami Beach, FL 33141** | **AMEX**<br>**PO Box 360002** |
| **Worldwide Investments & Export Corp.**<br>**2410 N. Shore Terrace**<br>**Miami Beach, FL 33141** | **AMEX**<br>**PO Box 360002**<br>**Fort Lauderdale, FL 33336-0002** |
| **Worldwide Investments & Export Corp.**<br>**2410 N. Shore Terrace**<br>**Miami Beach, FL 33141** | **AMEX**<br>**PO Box 360001**<br>**Fort Lauderdale, FL 33336** |
| **Worldwide Investments & Export Corp.**<br>**2410 N. Shore Terrace**<br>**Miami Beach, FL 33141** | **Bank of America**<br>**PO Box 851001**<br>**Dallas, TX 75285-1001** |
| **Worldwide Investments & Export Corp.**<br>**2410 N. Shore Terrace**<br>**Miami Beach, FL 33141** | **Bank of America**<br>**PO Box 851001**<br>**Dallas, TX 75285-1001** |
| **Worldwide Investments & Export Corp.**<br>**2410 N. Shore Terrace**<br>**Miami Beach, FL 33141** | **Bank of America**<br>**PO Box 15710**<br>**Wilmington, DE 19886-5710** |
| **Worldwide Investments & Export Corp.**<br>**2410 N. Shore Terrace**<br>**Miami Beach, FL 33141** | **Bank of America**<br>**PO Box 15710**<br>**Wilmington, DE 19886-5710** |
| **Worldwide Investments & Export Corp.**<br>**2410 N. Shore Terrace**<br>**Miami Beach, FL 33141** | **Bank of America**<br>**PO Box 851001**<br>**Dallas, TX 75285-1001** |
| **Worldwide Investments & Export Corp.**<br>**2410 N. Shore Terrace**<br>**Miami Beach, FL 33141** | **Bank of America** |
| **Worldwide Investments & Export Corp.**<br>**2410 N. Shore Terrace**<br>**Miami Beach, FL 33141** | **Bank of America**<br>**PO Box 15710**<br>**Wilmington, DE 19886-5710** |
| **Worldwide Investments & Export Corp.**<br>**2410 N. Shore Terrace**<br>**Miami Beach, FL 33141** | **Capital One**<br>**PO Box 71083**<br>**Charlotte, NC 28272-1083** |

Sheet __1__ of __3__ continuation sheets attached to the Schedule of Codebtors

In re    **Louie Di Raimondo**                                                                    ,    Case No. _____
                                                          Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Worldwide Investments & Export Corp.**<br>**2410 N. Shore Terrace**<br>**Miami Beach, FL 33141** | **Capital One**<br>**PO Box 71083**<br>**Charlotte, NC 28272-1083** |
| **Worldwide Investments & Export Corp.**<br>**2410 N. Shore Terrace**<br>**Miami Beach, FL 33141** | **Chase**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** |
| **Worldwide Investments & Export Corp.**<br>**2410 N. Shore Terrace**<br>**Miami Beach, FL 33141** | **CitiBusiness/ AAdvantage Card**<br>**PO Box 183051**<br>**Columbus, OH 43218-3051** |
| **Worldwide Investments & Export Corp.**<br>**2410 N. Shore Terrace**<br>**Miami Beach, FL 33141** | **First Equity Card Corp.**<br>**PO Box 23029**<br>**Columbus, GA 31902-3029** |
| **Worldwide Investments & Export Corp.**<br>**2410 N. Shore Terrace**<br>**Miami Beach, FL 33141** | **Home Depot**<br>**Processing Center**<br>**Des Moines, IA 50364-0500** |
| **Worldwide Investments & Export Corp.**<br>**2410 N. Shore Terrace**<br>**Miami Beach, FL 33141** | **Northern Tool Equipment**<br>**HSBC**<br>**PO Box 15521**<br>**Wilmington, DE 19850-5521** |
| **Worldwide Investments & Export Corp.**<br>**2410 N. Shore Terrace**<br>**Miami Beach, FL 33141** | **Office Depot**<br>**PO Box 689020**<br>**Des Moines, IA 50368-9020** |
| **Worldwide Investments & Export Corp.**<br>**2410 N. Shore Terrace**<br>**Miami Beach, FL 33141** | **Regions Bank**<br>**Palm Bch-Lakes**<br>**PO Box 1984**<br>**Birmingham, AL 35201** |
| **Worldwide Investments & Export Corp.**<br>**2410 N. Shore Terrace**<br>**Miami Beach, FL 33141** | **Regions**<br>**PO Box 2224**<br>**Birmingham, AL 35246-0009** |
| **Worldwide Investments & Export Corp.**<br>**2410 N. Shore Terrace**<br>**Miami Beach, FL 33141** | **SST**<br>**PO Box 801997**<br>**Kansas City, MO 64180-1997** |
| **Worldwide Investments & Export Corp.**<br>**2410 N. Shore Terrace**<br>**Miami Beach, FL 33141** | **Suntrust Bank**<br>**PO Box 79079**<br>**Baltimore, MD 21279-0079** |
| **Worldwide Investments & Export Corp.**<br>**2410 N. Shore Terrace**<br>**Miami Beach, FL 33141** | **Suntrust Visa**<br>**PO Box 4997**<br>**Orlando, FL 32802-4997** |
| **Worldwide Investments & Export Corp.**<br>**2410 N. Shore Terrace**<br>**Miami Beach, FL 33141** | **Wells Fargo**<br>**PO Box 6426**<br>**Carol Stream, IL 60197-6426** |

Sheet   **2**   of   **3**   continuation sheets attached to the Schedule of Codebtors

In re    **Louie Di Raimondo**                                                                    , Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Worldwide Investments & Export Corp.**<br>**2410 N. Shore Terrace**<br>**Miami Beach, FL 33141** | **Wells Fargo**<br>**PO Box 6426**<br>**Carol Stream, IL 60197-6426** |
| **Worldwide Investments & Export Corp.**<br>**2410 N. Shore Terrace**<br>**Miami Beach, FL 33141** | **Wells Fargo**<br>**PO Box 6426**<br>**Carol Stream, IL 60197-6426** |
| **Worldwide Investments & Export Corp.**<br>**2410 N. Shore Terrace**<br>**Miami Beach, FL 33141** | **Wells Fargo**<br>**PO Box 6426**<br>**Carol Stream, IL 60197-6426** |
| **Worldwide Investments & Export Corp.**<br>**2410 N. Shore Terrace**<br>**Miami Beach, FL 33141** | **Bank of America**<br>**c/o Bonded Collection Corporation**<br>**29 East Madison Street, Suite 1650**<br>**Chicago, IL 60602-4427** |
| **Worldwide Investments & Export Corp.**<br>**2410 N. Shore Terrace**<br>**Miami Beach, FL 33141** | **Bank of America**<br>**NC1-001-07-06**<br>**101 N. Tryon St.**<br>**Charlotte, NC 28255-0001** |
| **Worldwide Investments & Export Corp.**<br>**2410 N. Shore Terrace**<br>**Miami Beach, FL 33141** | **Bank of America**<br>**c/o Bonded Collection Corp.**<br>**PO Box 1022**<br>**Wixom, MI 48393-1022** |
| **Worldwide Investments & Export Corp.**<br>**2410 N. Shore Terrace**<br>**Miami Beach, FL 33141**<br>    **Primary Obligor** | **Chase**<br>**PO Box 9001022**<br>**Louisville, KY 40290-1022** |
| **Worldwide Investments & Export Corp.**<br>**2410 N. Shore Terrace**<br>**Miami Beach, FL 33141**<br>    **Primary obligor on mortgage debt re 5411 NW**<br>**3rd Avenue, Miami, FL  and 297 NW 54 Street,**<br>**Miami, FL** | **Regions Bank**<br>**PO Box 5014**<br>**Montgomery, AL 36103-5014** |
| **Worldwide Investments & Export Corp.**<br>**2410 N. Shore Terrace**<br>**Miami Beach, FL 33141**<br>    **Primary Obligor** | **Wachovia Bank**<br>**PO Box 740502**<br>**Atlanta, GA 30374-0502** |
| **Worldwide Investments & Export Corp.**<br>**2410 N. Shore Terrace**<br>**Miami Beach, FL 33141** | **Bank of America**<br>**P.O. Box 15019**<br>**Wilmington, DE 19886-5548** |

Sheet    **3**    of    **3**    continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re  __Louie Di Raimondo_____     Case No. _____
                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S):<br>**Daughter** | AGE(S):<br>**20** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **President** | |
| Name of Employer | **Louis Di Raimondo World Wide Inc.** | |
| How long employed | **30 years** | |
| Address of Employer | **292 NW 54 Street**<br>**Miami Beach, FL 33141** | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **10,000.00** | $ | **N/A** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **N/A** |
| 3. SUBTOTAL | $ | **10,000.00** | $ | **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a. Payroll taxes and social security | $ | **1,477.00** | $ | **N/A** |
|     b. Insurance | $ | **0.00** | $ | **N/A** |
|     c. Union dues | $ | **0.00** | $ | **N/A** |
|     d. Other (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **1,477.00** | $ | **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **8,523.00** | $ | **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **10,000.00** | $ | **N/A** |
| 8. Income from real property | $ | **0.00** | $ | **N/A** |
| 9. Interest and dividends | $ | **0.00** | $ | **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of<br>    dependents listed above | $ | **0.00** | $ | **N/A** |
| 11. Social security or government assistance | | | | |
| (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 12. Pension or retirement income | $ | **0.00** | $ | **N/A** |
| 13. Other monthly income | | | | |
| (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **10,000.00** | $ | **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **18,523.00** | $ | **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **18,523.00** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re **Louie Di Raimondo**                                                                 Case No. _____
                              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | | |
|---|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | | $ | 0.00 |
| a. Are real estate taxes included? | Yes ___ | No **X** | | |
| b. Is property insurance included? | Yes ___ | No **X** | | |
| 2. Utilities:   a. Electricity and heating fuel | | | $ | 0.00 |
| b. Water and sewer | | | $ | 180.00 |
| c. Telephone | | | $ | 0.00 |
| d. Other  **Cellular Phone** | | | $ | 178.00 |
| 3. Home maintenance (repairs and upkeep) | | | $ | 100.00 |
| 4. Food | | | $ | 100.00 |
| 5. Clothing | | | $ | 0.00 |
| 6. Laundry and dry cleaning | | | $ | 0.00 |
| 7. Medical and dental expenses | | | $ | 0.00 |
| 8. Transportation (not including car payments) | | | $ | 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | | $ | 0.00 |
| 10. Charitable contributions | | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | | |
| a. Homeowner's or renter's | | | $ | 8,714.00 |
| b. Life | | | $ | 985.00 |
| c. Health | | | $ | 714.00 |
| d. Auto | | | $ | 499.00 |
| e. Other | | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | | |
| (Specify) | | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | | |
| a. Auto | | | $ | 0.00 |
| b. Other | | | $ | 0.00 |
| c. Other | | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | | $ | 0.00 |
| 17. Other | | | $ | 0.00 |
| Other | | | $ | 0.00 |

| | | |
|---|---|---|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 11,470.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.   Average monthly income from Line 15 of Schedule I | $ | 18,523.00 |
| b.   Average monthly expenses from Line 18 above | $ | 11,470.00 |
| c.   Monthly net income (a. minus b.) | $ | 7,053.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re     **Louie Di Raimondo**
_____     Case No. _____
                                    Debtor(s)     Chapter     **11**_____


# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR


     I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**48**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date **November  1, 2010**_____     Signature     **/s/ Louie Di Raimondo**_____
                                         **Louie Di Raimondo**
                                         Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Louie Di Raimondo**                                              Case No.
_____
                                      Debtor(s)              Chapter          **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$77,354.00** | **2010 YTD:** |
| **$-395,144.00** | **2009:** |
| **$87,155.00** | **2008:** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

2

### 3. Payments to creditors

None
■

***Complete a. or b., as appropriate, and c.***

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
| --- | --- | --- | --- |

None
☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850[*].  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
| --- | --- | --- | --- |
| **Chase Bank** | **April - June 2010** | **$3,379.00** | **$0.00** |
| **Regions Bank** | **April - June 2010** | **$1,679.00** | **$0.00** |
| **Suntrust Bank** | **April - June 2010** | **$1,168.00** | **$0.00** |
| **Wachovia Bank** | **April - June 2010** | **$6,567.00** | **$0.00** |
| **WellS Fargo** | **April - June 2010** | **$9,017.00** | **$0.00** |

None
■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
| --- | --- | --- | --- |

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF<br>PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
| --- | --- | --- | --- |
| **Chase Bank (USA) (NA) vs. Louie DiRaimondo**<br>**Case No.: 10-10630-CC-23** | **Credit Card**<br>**Litigation** | **Dade County Courthouse**<br>**73 West Flagler Street**<br>**Miami, FL 33130** | **Pending** |
| **Citibank (South Dakota), N.A., v. Raimondo  L Di,**<br>**Case No.: 10-22858 CC 23** | Civil | **Dade County Courthouse**<br>**73 West Flagler Street**<br>**Miami, FL 33130** | **Pending** |

[*] Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Chase Bank (USA) (NA) vs. Raimondo L DI** **Case No.: 10-10616 CC 23** | **Credit Card** **Litigation** | **Dade County Courthouse** **73 West Flagler Street** **Miami, FL 33130** | **Pending** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Geoffrey S Aaronson P.A.** <br> **Bank of America Tower** <br> **100 SE 2nd Street, 27th Floor** <br> **Miami, FL 33131** | **June 24, 2010** | **5000.00** |
| **Geoffrey S Aaronson P.A.** <br> **Bank of America Tower** <br> **100 SE 2nd Street, 27th Floor** <br> **Miami, FL 33131** | **July 8, 2010** | **5000.00** |
| **Lawrence Speigel** | **June 2010** | **1926.73** |
| **Joel Aresty, Esq.** <br> **13499 Biscayne Blvd Ste T3** <br> **North Miami, FL 33181-2061** | **June 2010** | **1850.00** |
| **Erik Wesoloski, Esq.** <br> **Wesoloski Carlson, P.A.** <br> **848 Brickell Avenue, Suite 300** <br> **Miami, FL 33131** | **June 2010** | **20000.00** |

**10. Other transfers**

None ■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None ■ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Chibnik Bookkeeping Service, LLC** **PO Box 600900** **North Miami Beach, FL 33160** | |
| **David L. Wrubel, CPA, P.A.** **560 Lincoln Road** **Miami Beach, FL 33139** | |

7

None ■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Chibnik Bookkeeping Service, LLC** | **PO Box 600900**<br>**North Miami Beach, FL 33160** |

None ☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **US Century Bank** | |
| **Commerce Bank** | |
| **Regions Bank** | |
| **Chase Bank** | |

---

**20. Inventories**

None ☐   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **June 30, 2010** | **Louie DiRaimondo** | **153120.00** |
| **November 30, 2009** | **Louie DiRaimondo** | **275700.00** |

None ☐   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **June 30, 2010** | **Louie DiRaimondo**<br>**292 NW 54 Street**<br>**Miami, FL 33127** |
| **November 30, 2009** | **Louie DiRaimondo**<br>**292 NW 54 Street**<br>**Miami, FL 33127** |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

8

None
☐

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Louie DiRaimondo**<br>**292 NW 54 Street**<br>**Miami, FL 33127** | **President** | **100%** |

---

**22 . Former partners, officers, directors and shareholders**

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **November  1, 2010**          Signature   **/s/ Louie Di Raimondo**

                                                  **Louie Di Raimondo**
                                                  Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Southern District of Florida

In re  **Louie Di Raimondo** _____  Case No. _____

_____ Debtor(s)  Chapter  **11** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| **Louie Di Raimondo** _____ | X  **/s/ Louie Di Raimondo**          **November  1, 2010** |
| Printed Name(s) of Debtor(s) | Signature of Debtor          Date |
| | |
| Case No. (if known) _____ | X  _____ |
| | Signature of Joint Debtor (if any)          Date |

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Southern District of Florida

In re   **Louie Di Raimondo** _____    Case No. _____
                                                    Debtor(s)    Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **November  1, 2010** _____      **/s/ Louie Di Raimondo** _____
                                                  **Louie Di Raimondo**
                                                  Signature of Debtor

American Honda Finance Corporation
P.O. Box 1027
Alpharetta, GA 30009-1027


Chase
Attn. Home Equity Loan Servicing
PO Box 24714
Columbus, OH 43224


Chase Home Finance LLC
9200 Oakdale Ave., 4th Floor
Chatsworth, CA 91311


Regions
Consumer Loan Processing
PO Box 2224
Birmingham, AL 35246-0026


Wachovia Bank
Commercial Loan Services
PO Box 740502
Atlanta, GA 30374-0502


Wells Fargo Express Equity
Payment Remittance Center
PO Box 6426
Carol Stream, IL 60197-6426


City of Miami Beach
1700 Convention Center Dr.
Miami Beach, FL 33139


Florida Dept of Revenue
2458 Metrocentre Blvd
West Palm Beach, FL 33407


Miami-Dade Tax Collector
140 West Flagler Street
Miami, FL 33130-1575


AAA Financial Services
PO Box 851001
Dallas, TX 75285

Advanta
PO Box 8088
Philadelphia, PA 19101

American Express
PO 360002
Fort Lauderdale, FL 33336

AMEX
PO Box 360002
Fort Lauderdale, FL 33336-0002

AMEX
PO Box 360001
Fort Lauderdale, FL 33336

AMEX
PO Box 360002
Fort Lauderdale, FL 33336

AMEX
PO Box 360002

AMEX Costco Wholesale
PO Box 360001
Fort Lauderdale, FL 33336-0001

AT&T Universal Card
PO BOx 182564
Columbus, OH 43218-2564

Bank of America
PO Box 15019
Wilmington, DE 19886-5019

Bank of America
PO Box 851001
Dallas, TX 75285

Bank of America
P.O. Box 15019
Wilmington, DE 19886-5548

Bank of America
PO Box 851001
Dallas, TX 75285-1001

Bank of America
PO Box 15710
Wilmington, DE 19886-5710

Bank of America
PO Box 981815
El Paso, TX 79998-9910

Bank of America
PO Box 85100
Dallas, TX 75285

Bank of America

Bank of America
c/o Bonded Collection Corporation
29 East Madison Street, Suite 1650
Chicago, IL 60602-4427

Bank of America
NC1-001-07-06
101 N. Tryon St.
Charlotte, NC 28255-0001

Bank of America
c/o Firstsource Advantage, LLC
PO BOx 628
Buffalo, NY 14240-0628

Bank of America
c/o Bonded Collection Corp.
PO Box 1022
Wixom, MI 48393-1022

Bank of America
c/o Sunrise Credit Services, Inc.
PO Box 9100
Farmingdale, NY 11735-9100

Bank of America Mercedes-Benz
PO Box 851001
Dallas, TX 75285-1001


Bloomingdales
PO Box 183083
Columbus, OH 43218-3083


BP
PO Box 94012
Palatine, IL 60094-4012


BP
PO Box 94012
Palatine, IL 60094


Capital One
PO Box 71083
Charlotte, NC 28272-1083


Capital One
PO Box 105474
Atlanta, GA 30348


Capital One Bank
PO Box 71083
Charlotte, NC 28272-1083


CapitalOne
PO Box 71083
Charlotte, NC 28272


Chase
PO Box 9001022
Louisville, KY 40290-1022


Chase
PO Box 15298
Wilmington, DE 19850-5298


Chase
PO Box 620002
Internal Mail TX1-2551
Dallas, TX 75262-9802

Chase Bank USA, N.A.
PO Box 15153
Wilmington, DE 19886-5153


Chase Bank USA, N.A.
P.O. Box 15153
Wilmington, DE 19886-5153


Chevron and Texaco Credit Card
GE Money Bank
PO Box 103104
Roswell, GA 30076


Citi / SmithBarney Platinum MC
PO Box 183051
Columbus, OH 43218-3051


Citi Diamond Preferred Rewards crad
PO Box 182564
Columbus, OH 43218-2564


Citi Mastercard
Processing Center
Des Moines, IA 50364-0001


Citi Platinum Select Card
PO Box 182564
Columbus, OH 43218


Citi/ SmithBarney Platinum Visa
PO Box 183051
Columbus, OH 43218-3051


Citibank (South Dakota), N.A.
701 East 60th Street
Sioux Falls, SD 57117


CitiBusiness Card
PO Box 183051
Columbus, OH 43218-3051


CitiBusiness/ AAdvantage Card
PO Box 183051
Columbus, OH 43218-3051

City Furniture
GE Money Bank
PO Box 960061
Orlando, FL 32896-0061


Diners Club
PO Box 003
The Lakes, NV 88901


Discover
PO Box 71084
Charlotte, NC 28272-1084


Discover
PO Box 30943
Salt Lake City, UT 84130


East Coast Pathology Assoc.
PO Box 5040
Hialeah, FL 33014


Fifth Third Bank Mastercard Platinum
PO Box 740789
Cincinnati, OH 45274-0789


First Equity Card Corp.
PO Box 23029
Columbus, GA 31902-3029


First Premier Bank
PO Box 5147
Sioux Falls, SD 57117-5147


Florida Power and Light
PO Box 025576
Miami, FL 33102


GE


GE Money LOC
PO Box 530913
Atlanta, GA 30353-0913

GM Card
HSBC Card Services
Dept 9600
Carol Stream, IL 60128-9600


Great Lakes
US Dept of Education
PO Box 530229
Atlanta, GA 30353


Home Depot
Processing Center
Des Moines, IA 50364-0500


JC Penny
PO Box 960090
Orlando, FL 32896-0090


Macy's
PO Box 689195
Des Moines, IA 50368-9195


Marriot Rewards
PO Box 15153
Wilmington, DE 19886-5153


Mercedes Benz Financial
P).O. Box 9001680
Louisville, KY 40290-1680


Mount Sinai Medical Center
c/o NCO Financial Systems, Inc.
5100 Peachtree Industrial Blvd., Suite M
Norcross, GA 30071


North Shore Medical Center
PO Box 740926
Atlanta, GA 30374-0926


Northern Tool Equipment
HSBC
PO Box 15521
Wilmington, DE 19850-5521

Office Depot
PO Box 689020
Des Moines, IA 50368-9020

Orchard Bank
HSBC Card Services
PO Box 5222
Carol Stream, IL 60197-5222

Radioshack
Processing Center
Des Moines, IA 50364-0001

Regions
PO Box 2224
Birmingham, AL 35246-0009

Regions
PO Box 11007
Birmingham, AL 35288

Regions Bank
Palm Bch-Lakes
PO Box 1984
Birmingham, AL 35201

Regions Bank
PO Box 5014
Montgomery, AL 36103-5014

Regions Bank
Commercial Loan Processing Center
PO Box 11407
Birmingham, AL 35246-0054

Saks Fifth Avenue
PO Box 5224
Carol Stream, IL 60197-5224

Shell Consumer
PO Box 183018
Columbus, OH 43218-3018

SonyCard / Playstation Card
PO Box 15153
Wilmington, DE 19886-5153


SoundAdvice / GE Money Bank
PO Box 960061
Orlando, FL 32896-0061


South Florida Group Services
PO Box 405727
Atlanta, GA 30384-5727


SST
PO Box 801997
Kansas City, MO 64180-1997


State Farm Visa
State Farm Bank
PO Box 2316
Bloomington, IL 61702


Suntrust Bank
PO Box 79079
Baltimore, MD 21279-0079


Suntrust Visa
PO Box 4997
Orlando, FL 32802-4997


Wachovia Bank
PO Box 740502
Atlanta, GA 30374-0502


Wells Fargo
PO Box 6426
Carol Stream, IL 60197-6426


Wells Fargo
PO Box 6412
Carol Stream, IL 60197-6412


West Elm
PO Box 659705
San Antonio, TX 78265-9705

Lincoln Benefit Life Company
PO Box 3582
Akron, OH 44309-3582

Metropolitan Life Insurance Co.
One Alhambra Plaza S-5
Miami, FL 33134

New York Life
PO Box 742545
Cincinnati, OH 45274-2545

State Farm
P.O. Box 2746
Jacksonville, FL 32232

State Farm Insurance Companies
7401 Cypress Gardenia Blvd
Winter Haven, FL 33888

Woodlawn Park Cementary- North
PO Box 11250
New Orleans, LA 70181-1250

2711 Mid Town Development Corp
292 NW 54 Street
Miami, FL 33127

All American Hot Dog Carts Corporation
292 NW 54 Street
Miami, FL 33127

Jeanna DiRaimondo
2410 N. Shore Terr.
Miami Beach, FL 33141-2448

Worldwide Investments & Export Corp.
2410 N. Shore Terrace
Miami Beach, FL 33141

ARS National Services, Inc.
960 S. Anderson Dr., Ste. B
Escondido, CA 92029

Associated Recover Systems
P.O. Box 469046
Escondido, CA 92046-9046


Capital Management Services LP
c/o Pam Hall
700 Executive Center Dr., Ste 300
Greenville, SC 29615


Capital Management Services, LP
726 Exchange Street, Suite 700
Buffalo, NY 14210


Central Financial Control
PO Box 66040
Anaheim, CA 92816-6040


Eduardo A. Clark, Esq.
Bray & Lunsford, P.A.
421 W. Church Street, Suite 111
Jacksonville, FL 32202-4173


ERS Solutions, Inc.
PO Box 9004
Renton, WA 98057-9004


G.C. Services


GC Services
c/o Eric Bernhagen
940 Westport Plaza, Suite 425
Saint Louis, MO 63146


John T. Rogers, Esq.
13057 West Center Rod, Suite 5
Omaha, NE 68144


JP MorganChase- Legal Department
PO Box 9622
Legal Dept - Philip A Orsi, Esq.
Deerfield Beach, FL 33442

Kimberlee J Otis
1045 S University Dr., Suite 202
Fort Lauderdale, FL 33324


Nationwide Credit Inc


NCO Financial Systems
PO Box 15773
Wilmington, DE 19850


NCO Financial Systems, Inc.
PO Box 15773
Wilmington, DE 19850-5773


NCO Group


Niall T. McLachlan, Esq.
4000 International Place
100 SE Second Street
Miami, FL 33131


Northland Group Inc.
PO Box 390905
Minneapolis, MN 55439


Regions
PO Box 5014
Montgomery, AL 36103-5014


Zakheim & Associates
1045 South University Drive
Suite 202
Fort Lauderdale, FL 33324


Zakheim & Associates, P.A.
1045 S. University Dr., Suite 202
Fort Lauderdale, FL 33324-3333